UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELLY VICTORIA HAIR,<br><br>                    Plaintiff,<br><br>         v.<br><br>HAMPTON MANAGEMENT COMPANY, LLC, et al.,<br><br>                    Defendants. | 23-CV-6421 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **March 19, 2024**, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **March 26, 2024**, at **11:30 A.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 20, 2024
       New York, New York

                                                  DALE E. HO
                                      United States District Judge